UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NORTH RIVER MEWS ASSOCIATES, LLC** and **38 COAH ASSOCIATES, LLC,**  *Plaintiffs*,  v.  **ALCOA CORPORATION, et al.,**  *Defendants*. | Civil Action No. 14-8129  ORDER |

This matter having coming before the Court by way of Defendants Alcoa Inc. ("Alcoa") and Alcoa Domestic, LLC's ("A.P.") motion to dismiss, Dkt. No. 31;

and for the reasons stated in the accompanying opinion;

**IT IS** on this 19th day of May, 2016,

**ORDERED** that the unjust enrichment claim (Count 9) is dismissed with prejudice; and it is further

**ORDERED** that Defendants' motion to dismiss is otherwise **DENIED**.

/s Madeline Cox Arleo
**Hon. Madeline Cox Arleo**
**United States District Judge**