UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH RIVER MEWS ASSOCIATES, LLC and 38 COAH ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCOA, INC., ALCOA DOMESTIC, LLC as Successor in Interest to A.P. NEW JERSEY, INC. ENVIRO-SCIENCES (OF DELAWARE), INC., formerly known as ENVIRO-SCIENCES, INC., and JOHN DOES 1-25 (fictitious names),<br><br>Defendants. | Civil Action No. 2:14-cv-08129 (MCA)(LDW)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

### ORDER TO DISMISS WITH PREJUDICE DEFENDANT ENVIRO-SCIENCES (OF DELAWARE), INC

**THIS MATTER**, having come before the Court upon plaintiffs' voluntary Stipulation to Dismiss Defendant Enviro-Sciences (of Delaware), Inc. with prejudice, and the Court having reviewed the same and being in all things duly advised, now hereby ORDERS, ADJUDGES and DECREES that Plaintiff's claims against Defendant Enviro-Sciences (of Delaware), Inc., and any and all cross-claims or counter-claims asserted by Defendant Enviro-Sciences (of Delaware), Inc., are hereby dismissed, with prejudice, with each of the parties bearing its own fees, costs and legal expenses, including attorney fees.

Dated: December 16, 2016

Hon. Madeline Cox Arleo
U.S. District Judge