UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Borough of Edgewater<br><br>Plaintiff,<br><br>v.<br><br>Waterside Construction, LLC., et al.<br><br>Defendants. | Civ. Action No. 14-5060 (JMV)<br><br><br><br>**ORDER** |
| North River Mews Associates, LLC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Alcoa Corporation, et al.<br><br>Defendants. | Civ. Action No. 14-8129 (MCA) |

**John Michael Vazquez, U.S.D.J.**

    This matter having been raised by the court sua sponte; and pursuant to Federal Rules of Civil Procedure 42(a), it appears that the above captioned matters involve common questions of fact,

    It is on this 26th day of February, 2018,

O R D E R E D that the above captioned matters be and are hereby consolidated for all purposes under Civil Action No. 14-5060(JMV).

_____
John Michael Vazquez, U.S.D.J.